468 A.2d 847

Commonwealth v. Davinport, Appellant.

 Submitted June 21, 1983. Peter Alan Levin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.

BROSKY, J., filed a memorandum concurring opinion.